FILED

07/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0098

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 20-0098

IN RE THE MARRIAGE OF:

THOMAS N. DIETRICH,

**ORDER GRANTING
EXTENSION OF TIME**

Petitioner/Appellant,

and

JOHN H. GODBE,

Respondent/Appellee.

Upon consideration of Appellee's Unopposed Motion for Extension of Time to File Response Brief, and for good cause appearing therefore, John H. Godbe is granted an extension of time up to and including September 16, 2020, within which to file his Response Brief.

Dated and electronically signed below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 21 2020